## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JACKSON INVESTMENT GROUP, LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:16-cv-04389-RWS |
| JOHNNY TOMAS AND JOHN C. FRANCIS, | ) ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF JOSH C. HESS IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Pursuant to 28 U.S.C. § 1746 I, Josh Hess, declare as follows:

1.      My name is Josh C. Hess.  I am over 21 years of age and am competent to testify.  The facts stated here are based on my personal knowledge.

2.      I am counsel for Plaintiff and am an associate with Kilpatrick Townsend & Stockton LLP.

3.      I make this Declaration in support of Plaintiff's Response in Opposition to Defendants' Motion to Dismiss.

4.      The documents Plaintiff submits as exhibits to the Opposition are publicly-available documents of which the Court may take judicial notice.  Fed. R.

Evid. 201.  Many are publicly available on the Securities and Exchange

Commission's EDGAR page for Blue Earth, which is available here:

https://www.sec.gov/cgi-bin/browse edgar?action=getcompany&CIK=

0001422109&type=&dateb=&owner=exclude&start=0&count=100

     5.     Attached as Exhibit A is a true and correct copy of Blue Earth, Inc.'s

Form 10-Q for the period ended March 31, 2013.  The document is publicly

available at the following location:

https://www.sec.gov/Archives/edgar/data/1422109/000139390513000225/bblu_10

q.htm

     6.     Attached as Exhibit B is a true and correct copy of excerpts from

FASB ASC 805.  The Financial Accounting Standards Board's Accounting

Standards Codification is available online at the following location:

https://asc.fasb.org/help&cid=1175804733759

     7.     Attached as Exhibit C is a true and correct copy of excerpts from

FASB ASC 360.  The Financial Accounting Standards Board's Accounting

Standards Codification is available online at the following location:

https://asc.fasb.org/help&cid=1175804733759

     8.     Attached as Exhibit D is a true and correct copy of Blue Earth, Inc.'s

amended Form 10-K for the fiscal year ended December 31, 2013.  The document

-2-

is publicly available at the following location:  https://www.sec.gov/Archives/

edgar/data/1422109/000139390514000280/bblu_10ka.htm

9.    Attached as Exhibit E is a true and correct copy of Blue Earth, Inc.'s

Form 10-Q for the period ended March 31, 2014.  The document is publicly

available at the following location: https://www.sec.gov/Archives/edgar/data/

1422109/000139390514000311/bblu_10q.htm

10.    Attached as Exhibit F is a true and correct copy of FASB ASC 835-

20-05-01.  The Financial Accounting Standards Board's Accounting Standards

Codification is available online at the following location:

https://asc.fasb.org/help&cid=1175804733759

11.    Attached as Exhibit G is a true and correct copy of the Agreement and

Plan of Merger among IPS Acquisition Corp., Blue Earth Inc., IPS Power

Engineering Inc. & Global Renewable Energy Group, Inc., and their stockholders.

The document is publicly available at https://www.sec.gov/Archives/edgar/data/

1422109/000139390513000361/bblu_ex101.htm

12.    Attached as Exhibit H is a true and correct copy of Blue Earth, Inc.'s

Form 10-K for the fiscal year ended December 31, 2014.  The document is

publicly available at the following location:  https://www.sec.gov/Archives/

edgar/data/1422109/000139390515000109/bblu_10k.htm

13.     Attached as Exhibit I is a true and correct copy of PCAOB Release No. 105-2017-001.  The document is publicly available at the following location: https://pcaobus.org/Enforcement/Decisions/Documents/105-2017-001-HJ-Associates.pdf

14.     Attached as Exhibit J is a true and correct copy of a Form 8-K that Blue Earth, Inc. filed on May 26, 2011.  The document is publicly available at the following location: https://www.sec.gov/Archives/edgar/data/1422109/000139390511000341/blue_8k.htm

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2017,

Josh C. Hess

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2017, I electronically filed the foregoing and all attachments with the Clerk of Court using the CM/ECF system, which will automatically send email documentation of such filing to all attorneys of record.

KILPATRICK TOWNSEND
   & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
(404) 815-6500
(404) 815-6555 (fax)
shudson@kilpatricktownsend.com

s/    Stephen Hudson
Stephen E. Hudson
Georgia Bar No. 374692


*Counsel for Plaintiff*